UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

HERMELINA DE LA PAZ,
On behalf of herself and
all others similarly situated

                Plaintiff,

v.

RUBIN & ROTHMAN, LLC and
KEITH ROTHMAN,

                Defendants.

------------------------------------------------------------------------X

Docket No. 11-CV-9625 (ER)

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE, that the plaintiff appears in this action by the undersigned and demands that all papers in this action be served upon the undersigned at the address set forth below.

Dated: New York, New York
       May 15, 2012

                                          Your's etc.,

                                          JAMES B. FISHMAN (JBF 8998)
                                          FISHMAN & MALLON, LLP
                                            305 Broadway Suite 900
                                            New York, NY 10007
                                            (212) 897-5840

To: Robert Arleo
     Attorney for the Defendant