

**ROBERT L. ARLEO, ESQ.**
380 Lexington Avenue
17th Floor
New York, N.Y. 10168

Telephone: (212) 551-1115
Email: r.arleo@verizon.net

Fax: (518) 751-1801

August 8, 2013

Hon. George A. Yanthis, Magistrate Judge
United States District Court,
Southern District of New York
300 Quaroppas Street, Courtroom 421
White Plains, New York   10601
via facsimile to: (914) 390-4095



Re:  Paz v. Rubin & Rothman et al.
     Case No. 11-cv-09625

Dear Magistrate Judge Yanthis:

I am responding to the letter dated August 8, 2013 from attorney Daniel Schlanger. Therein Mr. Schlanger alleges that I have violated the Order dated June 24, 2013 issued by Your Honor.

As confirmed by Mr. Schlanger in his correspondence the Order was issued in specific regard to various letter motions which I had submitted each of which sought to compel certain relief. Therefore, I interpreted the "no further submissions" language set forth in the Order to concern further letter motions seeking to compel specific court-ordered relief. However, if Mr. Schlanger is correct in his belief that the order was directed at *any* submission whatsoever, then I withdraw my letter dated August 7, 2013 to Your Honor and, of course, will abide by any directive issued by the Court.

Thank you for your attention herein.

Respectfully submitted,

Robert L. Arleo

RLA:gra
cc:  Daniel Schalnger, Esq. via facsimile
     James Fishman, Esq. via facsimile

*[Handwritten note:]* The August 7, 2013 letter will be disregarded by Court. So Ordered. George Yanthis, USMJ, 8/8/13