**ROBERT L. ARLEO, ESQ.**
380 Lexington Avenue
17th Floor
New York, N.Y. 10168

Telephone: (212) 551-1115                                      Fax: (518) 751-1801
Email: r.arleo@verizon.net

July 25, 2014

Honorable Edgardo Ramos
United States District Court Judge
United States District Court
Southern District of New York
300 Quaroppas Street
White Plains, New York   10601-4150
via facsimile to: (914) 390-4298

The application is ___ granted.
                    ✓ denied.

*[signature]*

Edgardo Ramos, U.S.D.J.
Dated: 7/29/2014
New York, New York 10007

Re:  De La Paz v. Rubin & Rothman, LLC et al.
     Case No. 11-cv-9625

Dear Judge Ramos:

I am counsel for the Defendants named in the above-entitled action.

A billing dispute has arisen between my clients and The Garden City Group (GCG), the class action administrator. I have attempted to resolve the dispute with Mr. Stephen Cirami, Senior Vice President of Operations with GCG, to no avail. Thus, I am compelled to ask for judicial intervention for the purpose of resolving the billing dispute.

Respectfully submitted,

/ s /  Robert L. Arleo

Robert L. Arleo

RLA:gra
cc: Daniel Schlanger, Esq. via email
    James Fishman, Esq. via email
    Stephen Cirami via email

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/29/2014